**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00373-RPM
(Consolidated with 05-cv-00374 and 05-cv-00835)

CERTAIN UNDERWRITERS AT LLOYD'S LONDON WHO SUBSCRIBED
TO POLICY NO. 0150;
VALLEY FORGE INSURANCE COMPANY, a Pennsylvania insurance company;
ZURICH AMERICAN INSURANCE COMPANY, successor in interest to
Zurich Insurance Company (U.S. Branch),

      Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD., d/b/a O'HARA REGIONAL CENTER
FOR REHABILITATION;
ORCR, INC., d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
SOLOMON HEALTH MANAGEMENT, LLC d/b/a SOLOMON HEALTH SERVICES, LLC;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG;
V. ROBERT SALAZAR; and
CERTAIN UNDERWRITERS AT LLOYD'S LONDON, subscribing to Policy No. 0150,

      Defendants.
_____

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT CONCERNING
THE DUTY TO DEFEND**
_____

  Defendants, Health Care Management Partners Limited, ORCR, Inc., Solomon Health Management, LLC, Hersch "Ari" Krausz and David Sebbag ("Defendants") pursuant to Rule 56, Fed.R.Civ.P. and D.C. Colo. L.Civ.R. 56.1, hereby submit their Motion for Partial Summary Judgment Concerning the Duty to Defend.

  AS GROUNDS FOR THIS MOTION, Defendants would show to the Court as follows:

1.  Valley Forge issued its insurance policy package to Defendants for the policy period from January 1, 1999 to January 1, 2000.

2.  The insurance policy package included both a primary policy providing commercial general liability (CGL coverage) and professional liability (PL) coverage as well as an umbrella policy extending policy limits to $15,000,000.

3.  On November 10, 2004, the United States of America and the State of Colorado (the "Government") filed a lawsuit against Defendants captioned *United States of America, et al. v. Health Care Management Partners, et al.*, Civil Action No. 04-RB-2340, (the U.S. lawsuit).

4.  On November 22, 2004, Defendants tendered the U.S. Complaint to Plaintiff, Valley Forge, for defense.

5.  On January 28, 2005, Valley Forge sent its reservation of rights letter to Defendants accepting the tender of defense and setting forth specific grounds upon which it reserved its rights.

6.  On February 28, 2005, Valley Forge filed its Complaint in the instant case, asserting that it had no duty to defend and further asserting it had no duty to indemnify Defendants for liability that they might incur as a result of the U.S. lawsuit.

7.  As a matter of law, for the reasons set forth in Defendants Memorandum Brief in Support of Motion for Partial Summary Judgment Concerning the Duty to Defend, which Brief, together with the exhibits thereto, is incorporated herein by this reference, Defendants are entitled to summary judgment in their favor determining that Valley Forge has a duty to defend Defendants in the U.S. lawsuit.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Partial

Summary Judgment Concerning the Duty to Defend.

DATED this 18th day of July, 2005.

                                Respectfully submitted,

                                Podoll & Podoll, P.C.


                               By: s/ Richard B. Podoll
                                   Richard B. Podoll
                                   Terrace Tower II
                                   5619 DTC Parkway, Suite 1100
                                   Greenwood Village, CO 80111
                                   Telephone: (303) 861-4000
                                   Facsimile: (303) 861-4004
                                   E-mail: rich@podoll.net
                                   Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Sean D. Baker | baker@wtklaw.com, hand@wtklaw.com |
| Thomas Jeffrey Fitzgerald | jfitzgerald@faegre.com, cbwithers@faegre.com |
| Kasey Meyer | kmeyer@sah.com; efiling@sah.com; Sguerra@sah.com; Ktorres@sah.com |
| Marie Elizabeth Williams | mwilliams@faegre.com, jnealy@faegre.com |
| Christopher Reynold Mosley | cmosley@sah.com, efiling@sah.com; knorris@sah.com |
| Brian David Zall | bzall@sah.com, efiling@sah.com; sguerra@sah.com; ktorres@sah.com |
| Kate E. Manka | kate.manka@kutakrock.com |

and I hereby certify that I have mailed or served the document or paper to the following CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the participant's name:

Michael M. Marick          mike.marick@mbtlaw.com

By: s/ Richard B. Podoll
   Richard B. Podoll
   Attorney for Defendants
   Terrace Tower II
   5619 DTC Parkway, Suite 1100
   Greenwood Village, CO 80111
   Telephone: (303) 861-4000
   Facsimile: (303) 861-4004
   rich@podoll.net

4