IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00373-RPM
(Consolidated with 05-cv-00374 and 05-cv-00835)

CERTAIN UNDERWRITERS AT LLOYD'S LONDON WHO SUBSCRIBED TO POLICY NO. 0150;
VALLEY FORGE INSURANCE COMPANY, a Pennsylvania insurance company; and
ZURICH AMERICAN INSURANCE COMPANY, successor in interest to Zurich Insurance Company (U.S. Branch),

      Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD., d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
ORCR, INC. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
SOLOMON HEALTH MANAGEMENT LLC, d/b/a SOLOMON HEALTH SERVICES, LLC;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG;
V. ROBERT SALAZAR; and
CERTAIN UNDERWRITERS AT LLOYD'S LONDON, subscribing to Policy No. 0150,

      Defendants.

## ORDER ON MOTIONS

Upon a review of the Clerk's files, the court finds that the plaintiff Certain Underwriters at Lloyd's London Who Subscribed to Policy No. 0150's ("Underwriters") unopposed motion for extension of time until June 17, 2005 to file reply and response briefs (Civil Action No. 05-cv-00373 Doc. # 23) is moot as the date has passed and Underwriters has filed its briefs. As any rulings on motions to dismiss counterclaims are deferred until the motions for summary judgment or partial summary judgment are resolved, Underwriters' unopposed motion for extension of time to file its reply brief in support of its motion to dismiss (Civil Action No.

05-cv-000373 Doc. #34) is granted.

The Solomon Defendants'[1] motion for leave to amend counterclaim (Civil Action No. 05-cv-00373 Doc. #19) is granted and their First Amended Answer and Counterclaim is accepted as filed.  The Solomon Defendants' motion to file under seal exhibits 3, 4, and 5 to their motion for partial summary judgment (Civil Action No. 05-cv-00373 Doc. #50) is unopposed and granted.

Valley Forge Insurance Company's motion for protective order to stay discovery pending resolution of its motion for summary judgment (Civil Action No. 05-cv-00374 Doc. #17) is moot as the court's orders of June 23 and 24, 2005 stayed all discovery.  It is therefore

ORDERED AS FOLLOWS:

1.   Certain Underwriters at Lloyd's London Who Subscribed to Policy No. 0150's unopposed motion for extension of time until June 17, 2005 to file reply and response briefs filed June 1, 2005 (Civil Action No. 05-cv-00373 Doc. # 23) is moot;

2.   Certain Underwriters at Lloyd's London Who Subscribed to Policy No. 0150's unopposed motion for extension of time to file its reply brief in support of its motion to dismiss filed July 6, 2005 (Civil Action No. 05-cv-000373 Doc. #34) is granted;

3.   The Solomon Defendants' motion for leave to amend counterclaim filed May 24, 2005 (Civil Action No. 05-cv-00373 Doc. #19) is granted and their First Amended Answer and Counterclaim is accepted as filed;

---

[1]The "Solomon Defendants" are Health Care Management Partners, Ltd., ORCR, Inc., Solomon Health Management, LLC, Hersch "Ari" Krausz, and David Sebbag.

4.      The Solomon Defendants' motion to file under seal exhibits 3, 4, and 5 to their motion for partial summary judgment filed July 21, 2005 (Civil Action No. 05-cv-00373 Doc. #50) is granted; and

5.      Valley Forge Insurance Company's motion for protective order to stay discovery pending resolution of its motion for summary judgment filed June 3, 2005 (Civil Action No. 05-cv-00374 Doc. #17) is moot.

DATED:     March 16, 2006

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge